```
David N. Chandler, Sr.    SBN 60780
David N. Chandler, Jr.    SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA   95404
Telephone: (707) 528-4331

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: | CASE No. 09-12892 |
|---|---|
| BETH WAYNE, and<br>DAVID R. WAYNE, | CHAPTER 11<br><br>MOTION TO DETERMINE SECURED STATUS; DECLARATION OF BETH WAYNE; MEMORANDUM OF POINTS AND AUTHORITIES |
| DEBTORS.        / | Date:  February 3, 2010<br>Time:  9:00 a.m.<br>Place: 5th and H Streets<br>       Eureka, CA |

TO: HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY JUDGE:

BETH WAYNE AND DAVID R. WAYNE, Debtors herein, hereby move the above entitled Court for an Order Determining the Secured Status of the allowed claim of Bank of America (137 14th St., Eureka, CA) pursuant to Section 506 of the Code and the terms of the Chapter 11 Plan.

Said Motion is made on the grounds that the value of the collateral is less than the allowed claim of such holder and that the claim is secured as to the extent of the value of said collateral. Said allowed claim is unsecured as to the balance.

Said Motion is based hereon, on the appended Declaration of Beth Wayne and on the Memorandum of Points and Authorities appended hereto.

```
Dated:   1/6/10                        DAVID N. CHANDLER, p.c.

                                       By: /s/ David N. Chandler
                                       DAVID N. CHANDLER,
                                       Attorney for Debtors
```

1

1                      DECLARATION OF BETH WAYNE

2     I, BETH WAYNE, declare and say:

3     1.    That if called as a witness, I am competent to testify to the within matters from my own knowledge.

5     2.    I am the Debtor in the above captioned matter and have an opinion of value of the subject real property based upon my ownership thereof.

8     3.    The real property located at 137 14th St., Eureka, CA is real property owned by my husband and me consisting of a single family residence.

11    4.    I am self employed as a real estate sales agent in Humboldt County, California.

13    5.    Said real property has a current market value of $265,000 in my opinion.

15    6.    Based upon such value the allowed secured claim of claimant is $265,000 and unsecured as to the balance.

17    Executed under penalty of perjury this 6TH day of January, 2010 at Eureka, California.

                                        */s/ Beth Wayne*
                                        Beth Wayne, Debtor

                   MEMORANDUM OF POINTS AND AUTHORITIES

23    1.    An allowed claim of a creditor secured by a lien on property in which the estate has an interest is secured to the extent of the value of such creditor's interest in the estate's interest in such property. 11 U.S.C. Section 506(a)(1).

27    2.    To the extent that a lien secures a claim against the debtor that is not an allowed secured claim, such lien is void.

Section 506(d).

3. Section 506(a) bifurcates a debt into secured and unsecured components. The secured component is the secured debt. <u>In re Glenn</u>, 786 F.2d 1144 (9th Cir. 1986).

4. The Chapter 11 Plan provides that the claim of Bank of America will be the subject of a Motion to Determine Secured Status.

5. It is respectfully submitted that the value of the collateral which is collateral for the claimholder is as set forth herein and that the claimant's allowable claim is wholly unsecured.

6. It is submitted that the collateral be valued as herein provided and that the secured component of the claim be determined.

Dated:   1/6/10                         Respectfully submitted,

                                         DAVID N. CHANDLER, p.c.


                                         By: */s/ David N. Chandler*
                                         DAVID N. CHANDLER,
                                         Attorney for Debtors

3