1  PROBER & RAPHAEL, A LAW CORPORATION
   DEAN PROBER, ESQUIRE #106207
2  LEE S. RAPHAEL, ESQUIRE, #180030
   CASSANDRA J. RICHEY, ESQUIRE #155721
3  DAVID F. MAKKABI, ESQUIRE #249825
   MELISSA VERMILLION, ESQUIRE #241354
4
   20750 Ventura Boulevard, Suite 100
5  Woodland Hills, CA 91364
   (818) 227-0100
6  P.O. Box 4365
   C.094-8288
7  Attorneys for BAC Home Loans Servicing, LP, fka
8  Countrywide Home Loans Servicing, LP fka Countrywide Home Loans, Inc.

9

10              UNITED STATES BANKRUPTCY COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13  In re                              )    Bk. No. 09-12892
                                       )
14  BETH WAYNE and DAVID R. WAYNE,     )    Chapter 11
                                       )
15      Debtors.                       )
                                       )
16  _____)    OPPOSITION TO DEBTORS'
                                       )    MOTION TO VALUE CLASS 5 CLAIM
17                                     )
                                       )    Hearing -
18                                     )    Date : February 3, 2010
                                       )    Time : 9:00 AM
19                                     )    Place: U.S. Bankruptcy Court
                                       )         5th and H Streets
20                                     )         Eureka, CA
                                       )
21  _____)

22          BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing, LP fka

23  Countrywide Home Loans, Inc., holder in due course, and secured creditor in the above-entitled

24  Bankruptcy proceeding, its assignees and/or successors in interest, hereby submits the following

25  Opposition to Debtors' Motion to Value the Class 5 Claim:

26          Debtors, Beth and David R. Wayne, Chapter 11 case 09-12892 filed a Chapter 11

27

28

Plan which was confirmed by Order entered on the Court's docket on December 4, 2009.

Secured Creditor, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing., L.P. fka Countrywide Home Loans, Inc., its assignees and/or successors in interest, has a secured lien on the real property commonly known as **137 14th Street, Eureka, California.**

For all the reasons, stated herein, Secured Creditor opposes the Debtor's Motion to Determine Secured Value and requests an evidentiary hearing and the presentation of evidence. The origination appraisal in the file dating from the initiation of the debt obligation indicated a fair market value of $351,900.00 for the subject property. The Secured Creditor is seeking to update the information regarding the fair market value of the property, but due to the limited number of comparable properties has not yet completed an appraisal or broker's price opinion, and specifically reserves the right to supplement this opposition with updated fair market value information.

WHEREFORE, secured creditor prays as follows:

(1) Request Debtor's Motion be Denied, or in alternative set for evidentiary hearing.

(2) For such other relief as this Court deems proper.


Dated: January 26, 2010                 Prober & Raphael, A Law Corporation

                                        By  /s/ Dean R. Prober, Esquire
                                            DEAN R. PROBER, ESQUIRE, #106207
                                        Attorney for Secured Creditor
                                        20750 Ventura Boulevard, Suite 100
                                        Woodland Hills, California 91364
                                        (818) 227-0100
                                        C.094-8288

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# <u>SPECIAL NOTICE</u>

**THE FOLLOWING NOTICE IS GIVEN TO YOU IN THE EVENT THAT THE FEDERAL FAIR DEBT COLLECTIONS ACT APPLIES TO THIS COMMUNICATION.**

The following statement provides you with notice of certain rights which you may have by law. <u>Nothing in this statement modifies or changes the hearing date or response time specified in the attached documents</u> or your need to take legal action to protect your rights in this matter. No provision of the following statement modifies or removes your need to comply with local rules concerning the attached documents.

## <u>CONSUMER DISCLOSURE</u>

This communication is made in an attempt to collect on a debt or judgment and any information obtained will be used for that purpose. Please be advised that if you notify BAC Home Loans Servicing, LP's attorneys in writing within 30 days that all or a part of your obligation or judgment to BAC Home Loans Servicing, LP is disputed, then BAC Home Loans Servicing, LP's attorneys will mail to you a written verification of the obligations or judgment and the amounts owed to BAC Home Loans Servicing, LP. In addition and upon your written request within 30 days, you will be provided with the name and address of the original creditor, if different from the current creditor.

Case: 09-12892    Doc# 75    Filed: 01/27/10    Entered: 01/27/10 14:10:20    Page 3 of 3